AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

United States of America

vs.

Felix Marizan-Brito

**APPEARANCE**

Case Number: 07cr753 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Felix Marizan-Brito

I certify that I am admitted to practice in this court.

January 29, 2008
Date

_Roy R Kulcsar_
Signature

Roy R. Kulcsar    RRK 8079
Print Name    Bar Number

27 Union Sq West
Address

NY    NY    10003
City    State    Zip Code

2014460294    2014391478
Phone Number    Fax Number

rrk@aol.com